IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LORENDO ASHMEAD,**
**ALIEN # A045-614-784,**

    Petitioner,

vs.                                       Case Number 4:11cv554-WS/WCS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

                                       /

## REPORT AND RECOMMENDATION

    This case was initiated by the *pro se* Petitioner on October 26, 2011, doc. 1, with the submission of a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an *in forma pauperis* motion, doc. 2. An order was entered on October 31, 2011, granting Petitioner's motion and directing service of the petition. Doc. 4. On November 7, 2011, that order was returned to the Court with a stamp indicating Petitioner was "no longer" at the Wakulla County Jail. Doc. 6.

    A telephone call was placed to officials at the Jail to determine Petitioner's current whereabouts and housing location. Officials advised that Petitioner was removed to his native country of Jamaica on November 3, 2011. Accordingly, no further

action need be taken on this case as Petitioner appears to have been granted the relief he sought, release from detention, and this petition is now moot.

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Lorendo Ashmead**, doc. 1, be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on November 9, 2011.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**